1060

[No. 20019-1-III. Division Three. March 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CLARENCE MOGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01182-3, Salvatore F. Cozza, J., entered March 1, 2001. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 20140-6-III. Division Three. March 12, 2002.]

CHARLES T. POST, *Appellant*, v. CORONET INDUSTRIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-01235-1, Kathleen M. O'Connor, J., entered April 6, 2001. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 25519-7-II. Division Two. March 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCH B. MCLEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00836-4, Don L. McCulloch, J., entered December 21, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Quinn-Brintnall, J., concurred in by Morgan and Bridgewater, JJ.

[No. 18156-1-III. Division Three. March 14, 2002.]

JANE YURTIS, *Petitioner*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 98-2-00084-4, Rebecca M. Baker, J., entered November 18, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.